DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 2:04-CR-00036 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| JAMES A. GARNER, | |
| Defendant. | |

The parties stipulate that the status conference currently set for May 18, 2012, at 9:00

a.m., be continued to June 22, 2012, at 9:00 a.m.

Dated: May 11, 2012                    /s/ David W. Dratman
                                       DAVID W. DRATMAN
                                       Attorney for Defendant
                                       JAMES A. GARNER


Dated:  May 11, 2012                   BENJAMIN B. WAGNER
                                       UNITED STATES ATTORNEY
                                   By: /s/ Matthew D. Segal*
                                       MATTHEW D. SEGAL
                                       Assistant U.S. Attorney
                                       *Signed with permission

IT IS SO ORDERED.

Dated:  May 15, 2012


_____
GARLAND E. BURRELL, JR.
United States District Judge