```
 1  DAVID W. DRATMAN
    Attorney at Law
 2  State Bar No. 78764
    1007 7th Street, Suite 305
 3  Sacramento, California  95814
    Telephone: (916) 443-2000
 4  Facsimile:  (916) 443-0989
    Email: dwdratman@aol.com
 5
    Attorney for Defendant
 6  JAMES A. GARNER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. 2:04-CR-00036 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| JAMES A. GARNER, | |
| Defendant. | |

The parties stipulate that the status conference regarding the Violation Petition, currently set for August 31, 2012, at 9:00 a.m., be continued to November 16, 2012, at 9:00 a.m.

Dated: August 29, 2012      /s/ David W. Dratman
                            DAVID W. DRATMAN
                            Attorney for Defendant
                            JAMES A. GARNER


Dated: August 29, 2012      BENJAMIN B. WAGNER
                            UNITED STATES ATTORNEY
                        By: /s/ Matthew D. Segal*
                            MATTHEW D. SEGAL
                            Assistant U.S. Attorney
                            *Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: 8/29/12
                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE