DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Number 2:04-CR-00036 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| JAMES A. GARNER, | |
| Defendant. | |

The parties stipulate that the status conference currently set for January 25, 2013 at 9:00 a.m., be continued to February 15, 2013 at 9:00 a.m.

Dated: January 17, 2013 /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
JAMES A. GARNER


Dated: January 17, 2013 BENJAMIN B. WAGNER
UNITED STATES ATTORNEY
By: /s/ Matthew D. Segal*
MATTHEW D. SEGAL
Assistant U.S. Attorney
*Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: 1/17/13

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE