DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 2:04-CR-00036 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| JAMES A. GARNER, | |
| Defendant. | |

The parties stipulate that the status conference currently set for February 15, 2013 at 9:00 a.m., be continued to April 19, 2013 at 9:00 a.m.

Dated: February 7, 2013         /s/ David W. Dratman
                                DAVID W. DRATMAN
                                Attorney for Defendant
                                JAMES A. GARNER

Dated: February 7, 2013         BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY
                            By: /s/ Matthew D. Segal*
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorney
                                *Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: 2/7/13
                                _____
                                HON. GARLAND E. BURRELL, JR.
                                United States District Court Judge